83,329-01

August 16, 2015

Leonardo Vasquez
TDCJ-CID #1908818
Beto Unit
1391 FM 3328
Tennessee Colony, TX 75880

Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308 - Capitol Station
Austin, TX 78711

RE: WR-83,329-01

To whom it may concern;

On 7/24/15 I submitted a letter asking why my Application for Writ of Mandamus was filed under trial court number 12072452 instead of under my actual trial court cause number 2012-DCR-2913-B, (The State of Texas v. Leonardo Vasquez; 138th Judicial District, Cameron County, Texas).

In my original letter I asked that you explain the difference. To this date I have received no response from your office.

Would you please take a moment to address my concerns?

Thank you for your prompt attention to this matter.

Sincerely yours,

Leonardo Vasquez
Leonardo Vasquez

C.c. file/lv

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 26 2015
Abel Acosta, Clerk